686

DEMOCRATIC EXECUTIVE COMMITTEE *et al. v.* HOWELL.

BECK, P. J. This case is controlled by the rulings made in the case of *Green* v. *Harper,* ante, 680.

*Judgment affirmed. All the Justices concur.*